UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

CHARLES LEE DEWEY, III,

     Plaintiff,

     v.                                   CAUSE NO. 1:24-CV-531 DRL-SJF

HUSIN and BRANDY,

     Defendants.

## ORDER

Charles Lee Dewey III, a prisoner without a lawyer, was granted until October 2, 2025 to file an amended complaint because the current complaint does not state a claim for relief. ECF 23. He was cautioned that if he did not respond by the deadline, this case would be dismissed without further notice. The deadline has passed with no response.

For these reasons, the court DISMISSES this case under 29 U.S.C. § 1915A for failure to state a claim.

SO ORDERED.

October 29, 2025                  *s/ Damon R. Leichty*
                                   Judge, United States District Court